**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1260

KINGSLEY AZUBUIKE ONONUJU,

Plaintiff - Appellant,

v.

VIRGINIA HOUSING,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Jamar Kentrell Walker, District Judge.  (2:24-cv-00516-JKW-RJK)

Submitted:  July 16, 2026                                    Decided:  July 21, 2026

Before WILKINSON, RICHARDSON, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kingsley Azubuike Ononuju, Appellant Pro Se.  Rowland Braxton Hill, IV, KALEO LEGAL, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kingsley Azubuike Ononuju appeals the district court's order denying his Fed. R. Civ. P. 59(e) and 60(b)(6) motion to alter or vacate the district court's order dismissing his civil action and denying as moot his motions to amend complaint and for equitable tolling. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Ononuju v. Va. Hous.*, No. 2:24-cv-00516-JKW-RJK (E.D. Va. Mar. 4, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*